IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARY E. POLLOCK,**

    **Plaintiff,**

  vs.                                    Civil Action 2:14-cv-1987
                                            Judge Marbley
                                            Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

### ORDER

On June 5, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner be affirmed and that this action be dismissed. *Report and Recommendation*, ECF 17. Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 17, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **AFFIRMED**.  This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                      s/Algenon L. Marbley
                                                       Algenon L. Marbley
                                             United States District Judge